**UNITED STATES of America, Plaintiff–Appellant,**

v.

**PEMCO AEROPLEX, INC., a subsidiary of Precision Standard Company, a corporation, Defendant–Appellee.**

**No. 97–6910.**

United States Court of Appeals, Eleventh Circuit.

July 6, 1999.

G. Douglas Jones, U.S. Atty., James G. Gann, III, Shirley I. McCarty, Asst. U.S.

the application is also DENIED.

Attys., Birmingham, AL, Irene M. Solet, Douglas N. Letter, App. Staff, Civil Div., Dept. of Justice, Washington, DC, for Plaintiff–Appellant.

William F. Pendergast, G. Matthew Koehl, Seyfarth, Shaw, Fairweather & Geraldson, Washington, DC, for Defendant–Appellee.

Before ANDERSON, Chief Judge, and TJOFLAT, EDMONDSON, COX, BIRCH, DUBINA, BLACK, CARNES, BARKETT, HULL and MARCUS, Circuit Judges.

BY THE COURT:

A member of this court in active service having requested a poll on whether this case should be reheard by the Court sitting en banc, and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.